IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TOBY BOATWRIGHT, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV207-38
 )
MARTHA CHIPI, et al., )
 )
    Defendants. )
 )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 71), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, and Defendants' Motion to Dismiss Plaintiff's Amendment (Doc. 51) is **GRANTED**. In addition, Defendants' Motion to Strike Plaintiff's Supplement to Surreply (Doc. 61) is **DENIED AS MOOT**.

The Court also concurs with the Magistrate Judge's Report and Recommendation on Defendants' Motion to Dismiss or, in the alternative, Motion for Summary Judgment, (Doc. 69), to which objections have been filed. This Report and Recommendation, therefore, is also **ADOPTED** as the opinion

of the Court. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 26th day of March, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA